IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHARLENE KLEIN, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | NO. 17-4507 |
| OFFICER STEPHEN MADISON, et al., | : | |
| | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 5th day of April, 2018, upon consideration of Defendants' March 19, 2018 letter to the Court regarding a dispute over the issuance of a third-party subpoena to the Lehigh County District Attorney's Office (Doc. No. 19) at 2-9 and Plaintiff's response thereto (Doc. No. 22), and after a telephonic hearing with the parties, IT IS HEREBY ORDERED that Defendants shall not serve the subpoena attached as Exhibit "A" to their March 19, 2018 letter and shall not otherwise attempt to obtain for use in this action the recordings (or any transcripts thereof) of communications between the Plaintiff and her son made while Plaintiff's son was incarcerated pending trial.

BY THE COURT:


*/s/ Marilyn Heffley*
MARILYN HEFFLEY
UNITED STATES MAGISTRATE JUDGE